UNITED STATES of America, Plaintiff–Appellee,

v.

Edward Lee SIMIEN, Jr., Defendant–Appellant.

No. 05–40115.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 14, 2005.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Edward Lee Simien, Jr., has filed a motion to withdraw and a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Simien has filed a response and requested the appointment of counsel. Our independent review of the brief, Simien's response, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record discloses no nonfrivolous issues for appeal.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Simien's motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under